**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24303-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Denise A. Scolieri
911 Old Hills Road
McKeesport PA 15135

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 6: BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 5128 | MEB Loan Trust IV c/o SELECT PORTFOLIO SERVICING INC Attn: Remittance Processing PO Box 65450 SALT LAKE CITY, UT 84165-0450 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/25/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24303-CMB
Denise A. Scolieri                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1           Date Rcvd: Dec 23, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
14694157          BANK OF AMERICA, N.A.,    P.O. BOX 31785,    TAMPA, FL 33631-3785,
                  Last four digits of Acct#: 5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
            Christopher M. McMonagle    on behalf of Creditor   M&T BANK cmcmonagle@sterneisenberg.com,
             bkecf@sterneisenberg.com
            James  Warmbrodt    on behalf of Creditor   MEB Loan Trust IV c/o Select Portfolio Servicing, Inc.
             bkgroup@kmllawgroup.com
            Joseph A. Dessoye    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Shawn N. Wright    on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com,
             wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
            Steven P Kelly    on behalf of Creditor   M&T BANK skelly@sterneisenberg.com,
             bkecf@sterneisenberg.com
            Thomas  Song   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
            William E. Miller    on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
             bkecf@sterneisenberg.com
                                                                            TOTAL: 9