IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 16-24303 |
| Denise A. Scolieri,   Debtor | : | |
| | : | |
| Denise A. Scolieri, Movant | : | Chapter 13 |
| Vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Doc. No. 71 |
|             Respondent | : | |

### ORDER OF COURT

And now, this <u>28th</u> day of <u>February</u>, 2020, upon Debtor's Expedited Motion for Approval of Vehicle Loan, it is hereby ORDERED and ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $450 per month in an amount not to exceed $20,000 and interest rate of 20 per cent.

Debtor to file an Amended Chapter 13 Plan within fifteen days of loan closing.

_____
Chief U.S. Bankruptcy Judge    J.

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

FILED
2/28/20 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Denise Scolieri*
7240 McKnight Road

Pittsburgh, PA  15237
(412) 920-6565
shawn@shawnwrightlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Denise A. Scolieri  
    Debtor

Case No. 16-24303-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric    Page 1 of 1    Date Rcvd: Feb 28, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.  
db          +Denise A. Scolieri,    911 Old Hills Road,    McKeesport, PA 15135-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:

           Christopher M. McMonagle     on behalf of Creditor     M&T BANK cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
           James Warmbrodt     on behalf of Creditor     MEB Loan Trust IV c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com  
           Joseph A. Dessoye     on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           Shawn N. Wright     on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com  
           Steven P Kelly     on behalf of Creditor     M&T BANK skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
           Thomas Song     on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com  
           William E. Miller     on behalf of Creditor     M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                     TOTAL: 9