UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Scolieri,         ) | Case No.: 16-24303-cmb |
| Debtor                          ) | |
| Denise Scolieri, Movant         ) | |
| Vs.                             ) | |
| Ronda J. Winnecour,             ) | |
| Chapter 13 Trustee,             ) | |
| Respondent                      ) | |

**NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

**NOTICE IS HEREBY GIVEN THAT** an Expedited Motion to Permit Debtor to Make Direct Payments on Car Loan has been filed in the above-referenced case by Shawn N. Wright, Esquire, Counsel for Debtor.

A hearing has been scheduled for _____ at _____ in _____.

Responses to the Motion shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest on or before _____.

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

_____                              _____
Date                                                                                United States Bankruptcy Judge