IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.:  16-24303-cmb |
| Denise A. Scolieri,    Debtor | : | |
| | : | |
| Denise A. Scolieri, Movant | : | Chapter 13 |
| Vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Docs 74 and 76 |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO MODIFY COURT ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Modify Court Order filed on March 5, 2010 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 10, 2020 at 12 noon.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

March 10, 2020
Date

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Attorney for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com