IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 16-24303 |
| Denise A. Scolieri,    Debtor | : | |
| | : | |
| Denise A. Scolieri, Movant | : | Chapter 13 |
| Vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Doc. No. 72, 74 |
| Respondent | : | **ENTERED BY DEFAULT** |

### ORDER OF COURT

And now, this 10th day of March, 2020, upon Debtor's Expedited Motion for Approval of Vehicle Loan, it is hereby ORDERED and ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $450 per month in an amount not to exceed $20,000 and interest rate of 20 per cent.

Debtor is permitted to make direct payments on the new car loan to the lender. A report of financing shall be filed with this Court within 10 days from the date of closing.

FILED
3/10/20 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24303-CMB
Denise A. Scolieri                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric            Page 1 of 1            Date Rcvd: Mar 10, 2020
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
db             +Denise A. Scolieri,    911 Old Hills Road,    McKeesport, PA 15135-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
      Christopher M. McMonagle    on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      James Warmbrodt    on behalf of Creditor    MEB Loan Trust IV c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
      Joseph A. Dessoye    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Shawn N. Wright    on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
      Steven P Kelly    on behalf of Creditor    M&T BANK skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
      William E. Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                     TOTAL: 9