IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 16-24303-cmb |
| Denise Scolieri, | : | |
|              Debtor | : | Chapter 13 |
| Denise Scolieri, | : | |
|              Movant, | : | |
| | : | |
| Vs. | : | |
| Community Loan Servicing LLC and | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondents | : | |

## TRIAL MORTGAGE MODIFICATION ORDER

On June 17, 2021, the above named Debtor and Respondent, Community Loan Servicing ("Creditor") entered into a trial mortgage modification agreement (the "Trial Modification"), **OUTSIDE OF the Court's *Loss Mitigation Program* (LMP)**, with respect to the First mortgage on the Debtor's residence. The terms of the Modification require monthly payments in the amount of $1,191.00 ("Trial Modification Payments") to begin on July 1, 2021 and to continue in that amount for each month therefore until further notice of court.

*AND NOW,* this _____ **day of** _____**, 20**__, for the foregoing reasons it is hereby ***ORDERED***, ***ADJUDGED and DECREED*** that: (1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor in accordance with this Modification Agreement.

                                                                                                  _____
                                                                                                   UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee