# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DENISE A. SCOLIERI
**Case Number:** 16-24303-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 15, 2021 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#87 - Amended Plan Dated 5/4/2021 (FC)
(APPEARS UNSERVED)
R / M #: 87 / 0

FILED
7/16/21 8:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:    Eisen- for Wright

**Debtor:**
**Trustee:** Winnecour / Pall / Katz / (DeSimone)
**Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __10-14-21__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

continue for loan mod

7/6/2021    12:16:31PM