IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 16-24303-cmb |
| Denise Scolieri, | : | |
|         Debtor | : | Chapter 13 |
| Denise Scolieri, | : | |
|         Movant, | : | |
| | : | |
| Vs. | : | |
| Community Loan Servicing LLC and | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondents | : | |

## TRIAL MORTGAGE MODIFICATION ORDER

On June 17, 2021, the above named Debtor and Respondent, Community Loan Servicing ("Creditor") entered into a trial mortgage modification agreement (the "Trial Modification"), **OUTSIDE OF the Court's *Loss Mitigation Program* (LMP)**, with respect to the First mortgage on the Debtor's residence. The terms of the Modification require monthly payments in the amount of $1,191.00 ("Trial Modification Payments") to begin on July 1, 2021 and to continue in that amount for each month therefore until further notice of court.

*AND NOW,* this __27th__ **day of** __July__, 20__21__, for the foregoing reasons it is hereby ***ORDERED***, ***ADJUDGED and DECREED*** that: (1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor in accordance with this Modification Agreement.

                                                                                                        _/s/ Carlota M. Böhm_                FILED
                                                                       Carlota M. Böhm                  7/27/21 2:54 pm
                                      Chief United States Bankruptcy Court Judge  CLERK
                                                                                                   U.S. BANKRUPTCY
                                                                                                   COURT - WDPA

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24303-CMB |
| Denise A. Scolieri | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise A. Scolieri, 911 Old Hills Road, McKeesport, PA 15135-2131 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 29, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor M&T BANK cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Joseph A. Dessoye | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Jul 27, 2021 Form ID: pdf900 Total Noticed: 1

Shawn N. Wright
    on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Steven P Kelly
    on behalf of Creditor M&T BANK skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com

William E. Miller
    on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 10