IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 16-24303 |
| Denise A. Scolieri,    Debtor | : | |
| | : | |
| Denise A. Scolieri, Movant | : | Chapter 13 |
| Vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Doc. # 105, 106 |
| Respondent | : | |

## ORDER OF COURT

And now, this 30th day of September, 2021, upon Debtor's Expedited Motion for Modify Order Permitting Vehicle Loan, it is hereby ORDERED and ADJUDGED, that the Order of Court Dated September 27, 2021 shall be modified to reflect that the Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $450 per month in an amount not to exceed $25,000 and interest rate of 20 per cent.

Debtor is not required to file an amended Chapter 13 plan.

Carlota M. Böhm            dmr J.
Chief United States Bankruptcy Court Judge

CONSENTED TO:

/s/Katherine M. DeSimone
Katherine M. DeSimone, Esquire; PA#42575
Office of the Chapter 13 Trustee
3250 U.S. Steel Tower
Pittsburgh, PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Denise Scolieri*
7240 McKnight Road
Pittsburgh, PA  15237

FILED
9/30/21 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

(412) 920-6565
shawn@shawnwrightlaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                 Case No. 16-24303-CMB
Denise A. Scolieri                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 2
Date Rcvd: Sep 30, 2021       Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise A. Scolieri, 911 Old Hills Road, McKeesport, PA 15135-2131 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021                    Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor M&T BANK cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Joseph A. Dessoye | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 1

Shawn N. Wright
    on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Steven P Kelly
    on behalf of Creditor M&T BANK skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com

William E. Miller
    on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com wedwardmiller@gmail.com


TOTAL: 10