IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 16-24303-cmb |
| Denise Scolieri, | : | |
| Debtor | : | Chapter 13 |
| Denise Scolieri, | : | Related to Doc. No. 101 |
| Movant, | : | |
| | : | |
| Vs. | : | **ENTERED BY DEFAULT** |
| M&T Bank and | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondents | : | |

## FINAL MORTGAGE MODIFICATION ORDER

On September 15, 2021, the above named Debtor and Respondent, M&T Bank("Creditor") entered into a final modification (the "Final Modification"), **OUTSIDE OF the Court's *Loss Mitigation Program* (LMP)**, with respect to the First mortgage on the Debtor's residence.  The terms of the Modification require monthly payments in the amount of $1,200.12 ("Final Modification Payments") to begin on October 1, 2021 and to continue in that amount for each month therefore until further notice of court.   The terms of the final loan modification are as follows:

| | |
|---|---|
| Principal & interest payment amount: | $662.96 |
| Escrow payment amount: | $537.16 |
| New Principal Balance: | $144,869.19 |
| Interest rate: | 4.625% |
| New Maturity Date: | 9/1/2061 |

*AND NOW,* this  14th  **day of**   October **, 20** 21] for the foregoing reasons it is hereby **ORDERED**, ***ADJUDGED and DECREED*** that:   (1) The Chapter 13 Trustee is

authorized and directed to modify the distributions to the above-named Creditor in accordance with this Modification Agreement.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

FILED
10/14/21 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 16-24303-CMB

Denise A. Scolieri                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

**Recip ID**          **Recipient Name and Address**
db              + Denise A. Scolieri, 911 Old Hills Road, McKeesport, PA 15135-2131

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021                  Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas
                      on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Christopher M. McMonagle
                      on behalf of Creditor M&T BANK cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel Philip Jones
                      on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Joseph A. Dessoye
                      on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

District/off: 0315-2                                    User: dric                                    Page 2 of 2
Date Rcvd: Oct 14, 2021                              Form ID: pdf900                              Total Noticed: 1

Shawn N. Wright
                    on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com
                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Steven P Kelly
                    on behalf of Creditor M&T BANK skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
                    on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

William E. Miller
                    on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com


TOTAL: 10