| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor 1 ___Denise A. Scolieri fka Denise A. Catlos___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Western District of Pennsylvania___
(State)

Case number    16-24303-CMB

# Official Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: Community Loan Servicing, LLC, a Delaware Limited Liability Company     **Court claim no.** (if known):    1

Last 4 digits of any number you use to identify the debtor's account:  9046

Property address:

**911 Old Hills Rd
Boston, PA 15135-2131**

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payments from the debtor(s) is due on:     _12/01/2021
                                                                  MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                          ( a )  $_____
b. Total fees, charges, expenses, escrow, and costs outstanding:    ( b )  $_____
c. **Total.** Add lines a and b.                                     ( c )  $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments(s) that first became due on:    ____/__/____
                                                                         MM/DD/YYYY

| Debtor 1 | Denise A. Scolieri fka Denise A. Catlos | Case number (*if known*) 16-24303-CMB |
|---|---|---|

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones            Date December 6, 2021
   Signature

Print:     Daniel P.                  Jones
           First Name    Middle Name   Last Name

Title:    Attorney for Creditor

Company:  Stern & Eisenberg, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address:
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976

Contact phone  (215) 572-8111            Email:  djones@sterneisenberg.com

---

Official Form 4100R              **Response to Notice of Final Cure Payment**              page 2

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  December 6, 2021

Shawn N. Wright

7240 McKnight Road
Pittsburgh, PA 15237
shawn@shawnwrightlaw.com
***Counsel for Debtor***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter13 Trustee***

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Denise A. Scolieri fka Denise A. Catlos
911 Old Hills Road
McKeesport, PA 15135
***Debtor(s)***

By:  */s/ Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor