**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DENISE A. SCOLIERI

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-24303

Chapter 13

Document No.:   128

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____15th_____ day of ____February____, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/15/22 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-24303-CMB

Denise A. Scolieri                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 2

Date Rcvd: Feb 15, 2022                       Form ID: pdf900                             Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise A. Scolieri, 911 Old Hills Road, McKeesport, PA 15135-2131 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| cr | + | M&T BANK, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14694157 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 5128 |
| 14383559 | | BANK OF AMERICA, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14324226 | + | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 15174228 | | MEB Loan Trust IV, c/o SELECT PORTFOLIO SERVICING INC, Attn: Remittance Processing, PO Box 65450, SALT LAKE CITY, UT 84165-0450 |
| 14324228 | | Midland Funding, 2365 Northside Drive, Suite 30, Carlsbad, CA 92018 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14346808 | | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2022 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14324224 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2022 23:39:00 | Comenity Bank/Premier Design, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 15363958 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 15 2022 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14324225 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2022 23:38:28 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14348423 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 23:38:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14324227 | + | Email/Text: camanagement@mtb.com | Feb 15 2022 23:39:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |
| 14335316 | | Email/Text: camanagement@mtb.com | Feb 15 2022 23:39:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14383111 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2022 23:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14370640 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 15 2022 23:38:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14379334 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 15 2022 23:39:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14324229 | | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 15 2022 23:39:00 | West Lake Financial, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 11

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Community Loan Servicing, LLC |
| cr | | MEB Loan Trust IV c/o Select Portfolio Servicing, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor M&T BANK cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Joseph A. Dessoye | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Denise A. Scolieri shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Steven P Kelly | on behalf of Creditor M&T BANK skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| William E. Miller | on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com |

TOTAL: 10